# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CRETISHA RODGERS,<br><br>    Plaintiff<br><br>v.<br><br>ALBERTSON'S LLC,<br><br>    Defendant | Case No.: 2:25-cv-01239-APG-BNW<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant Albertson's LLC's response to the order to show cause (ECF No.9),

I ORDER that the order to show cause (ECF No. 7) is satisfied, and I will not remand this action to state court for lack of subject matter jurisdiction at this time.

DATED this 25th day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE