UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRETISHA RODGERS,<br><br>  Plaintiff<br><br>v.<br><br>ALBERTSON'S LLC,<br><br>  Defendant | Case No.: 2:25-cv-01239-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

   I ORDER that plaintiff Cretisha Rodgers' certificate of interested parties (ECF No. 13) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by that rule.

   I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by August 22, 2025.

   DATED this 5th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE