Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jamie L. Clark, Esq.
Nevada State Bar No. 16687
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jamieclark@backuslaw.com
Attorneys for Defendant
*Albertson's LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRETISHA RODGERS;<br><br>            Plaintiff Pro Se,<br><br>v.<br><br>ALBERTSON'S LLC dba ALBERTSON'S;<br>ROE PROPERTY MANAGEMENT<br>COMPANIES I-V; ROE COMPANIES I-<br><br>            Defendants. | Case No. **2:25-cv-01239-APG-BNW**<br><br>**STIPULATION AND ORDER RE<br>DISMISSAL WITH PREJUDICE** |

Plaintiff Pro Se CRETISHA RODGERS, and Defendant ALBERTSON'S LLC by and through its counsel of record, Jack P. Burden, Esq., and Jamie L. Clark, Esq., of BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above-titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff Pro Se and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: _12/30_____, 2025.

**Plaintiff Pro Se**

By: __/s/____ _Cretisha Rodgers_

Cretisha Rodgers
8764 Grand Oaks Court
Rancho Cucamonga, CA 91730
*Plaintiff Pro Se*

DATED: _1/26___, 2026

**BACKUS | BURDEN**

By: ___/s/_____

Jack P. Burden, Esq.
Jamie L. Clark, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant Albertson's LLC*

## ORDER - 2:25-cv-01239-APG-BNW

**IT IS HEREBY ORDERED** that all claims that have been brought and/or could have been brought by Plaintiff against Defendant in the above-titled litigation are DISMISSED *WITH PREJUDICE*. This stipulated dismissal **_DOES_** resolve the entire matter. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein

IT IS SO ORDERED:

Dated: _February 27, 2026_

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully Submitted,
**BACKUS | BURDEN**

By:__/s/_____

Jack P. Burden, Esq.
Jamie L. Clark, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant Albertson's LLC*

BACKUS | BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555  FAX: (702) 872-5545

2